# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2028. ADAMSON v. ADAMSON.**
**A19A2029. IN THE INTEREST OF N. R. (a child).**

These cases arise from the trial court's temporary order denying Vester Adamson's petition for joint custody and visitation of N. R., the adopted daughter of Brooke Richards Adamson. On March 12, 2019, this Court granted the applications for interlocutory review, and these timely appeals followed.

On July 1, 2019, while the appeals were pending in this Court, OCGA § 19-7-3.1 went into effect, allowing custody and visitation for third parties deemed "equitable caregivers." In light of the enactment of OCGA § 19-7-3.1, we VACATE the trial court's temporary order dated February 1, 2019, and REMAND the cases for reconsideration of Adamson's petition for joint custody and visitation.[1] Oral

---

[1] We note that Adamson moved for reconsideration of the trial court's temporary order after the enactment of OCGA § 19-7-3.1, and that the trial court thereafter granted him joint custody and visitation in a modification of its temporary order. Richards Adamson has not filed an application for interlocutory review of the trial court's amended order. Nevertheless, we conclude that the trial court lacked jurisdiction to rule on the motion for reconsideration while the appeals from the temporary order remained pending in this Court. See *Avren v. Garten*, 289 Ga. 186, 190 (6) (710 SE2d 130) (2011); see also OCGA §§ 5-6-35 (h) ("The filing of an application for appeal shall act as a supersedeas to the extent that a notice of appeal acts as supersedeas."); 5-6-35 (k) ("Where an appeal is taken pursuant to this Code section for a judgment or order granting nonmonetary relief in a child custody case, such judgment or order shall stand until reversed or modified by the reviewing court unless the trial court states otherwise in its judgment or order."); 5-6-46 ("In civil cases, the notice of appeal . . . shall serve as supersedeas[,]").

argument, scheduled for September 19, 2019, is therefore cancelled.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* __09/03/2019__
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*